# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY LAUREANO<br><br>        Petitioner,<br><br>    v.<br><br>C. KOENIG,<br><br>        Respondent. | Case No. CV 19-00352 AB (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court has further made a *de novo* review of those portions of the Report to which objections have been made. The Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the First Amended Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: December 03, 2019

                                                    ANDRÉ BIROTTE JR.
                                                    UNITED STATES DISTRICT JUDGE