# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY LAUREANO, | Case No. CV 19-00352 AB (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| C. KOENIG, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied, and this action is dismissed with prejudice.

DATED: December 3, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE